IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIROSLAW E. KOSTYSHYN, | § | |
| Appellant, | § | No. 9, 2026 |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| NEW CASTLE COUNTY, | § | |
| DELAWARE DEPARTMENT OF | § | C.A. No. 25A-03-006 |
| LAND USE (JACK GAHAN & | § | |
| CHRISTOPHER SHETZLER), | § | |
| Appellees. | § | |
| | § | |

Submitted: May 22, 2026
Decided: July 24, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated by the Superior Court in its December 4, 2025 order affirming the New Castle County Board of License, Inspection & Review's determination that the appellant violated the New Castle County Property Maintenance Code, and the court's January 6, 2026 order denying the appellant's Rule 59(d) motion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT

*/s/ Abigail M. LeGrow*
Justice